# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3106

_____

Boutuivi Ahlin Sanvee

*Plaintiff - Appellant*

v.

Hennepin County Human Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 1, 2015
Filed: April 6, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Boutuivi Sanvee appeals from the final judgment of the district court,[1] entered upon three separate adverse orders disposing of his claims. After careful de novo

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

review, see <u>Montgomery v. City of Ames</u>, 749 F.3d 689, 694 (8th Cir. 2014) (standard of review for summary judgment), we conclude that the district court properly disposed of Sanvee's claims.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____